IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| HARDY CONSTRUCTION CO., a Montana Corporation,<br><br>Plaintiff,<br><br>-vs-<br><br>CONTINENTAL WESTERN INSURANCE COMPANY,<br><br>Defendant. | Case No. CV 14-139-BLG-CSO<br><br><br>**ORDER GRANTING EXTENSION OF STAY** |

Plaintiff Hardy Construction Co. moves to extend the stay of proceedings (*ECF 13*).  The motion is unopposed.  For good cause shown,

**IT IS HEREBY ORDERED** that the stay of this litigation is extended through May 6, 2015, to allow the parties an opportunity to attempt settlement of the underlying litigation, as well as the disputes that exist in relationship to handling of the claims by Defendant.

No further stays will be granted absent compelling reasons.  If the settlement attempts are not successful, the parties must, by May 7, 2015, file a joint motion for a prompt scheduling conference.

**DATED** this 3rd day of February, 2015.

/s/ Carolyn S. Ostby
U.S. MAGISTRATE JUDGE