Michele L. Braukmann
W. Anderson Forsythe
Afton Ball
MOULTON BELLINGHAM PC
Suite 1900, Crowne Plaza
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Michele.Braukmann@moultonbellingham.com
Andy.Forsythe@moultonbellingham.com
Afton.Ball@moultonbellingham.com

    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| HARDY CONSTRUCTION CO., a Montana Corporation,<br><br>    Plaintiff,<br><br>-vs-<br><br>CONTINENTAL WESTERN INSURANCE COMPANY,<br><br>    Defendant. | Case No. CV 14-139-BLG-SPW-CSO<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P. 41(A)(1)(A)(II)** |

    IT IS HEREBY STIPULATED AND AGREED by and through the undersigned attorneys for Plaintiff Hardy Construction Co. and the

Defendant herein, Continental Western Insurance Company, and pursuant to F.R.C.P. 41(a)(1)(A)(ii), the above-captioned action shall be dismissed <u>without prejudice</u> as to Plaintiff's claims against Defendant.  The Parties agree that neither will attempt to offer into evidence during the course of any later proceedings and/or trial, the fact of this dismissal.

IT IS FURTHER STIPULATED that each party shall bear its own costs and fees.

Pursuant to L.R. 11.2(a), all signers below are registered ECF users and consent to the filing of this Stipulation.

**DATED** this 6th day of May, 2015.

                MOULTON BELLINGHAM PC


                By ___/s/ Afton E. Ball_____
                     W. ANDERSON FORSYTHE
                     MICHELE L. BRAUKMANN
                     AFTON E. BALL
                     Suite 1900, Crowne Plaza
                     P.O. Box 2559
                     Billings, MT 59103-2559
                ATTORNEYS FOR PLAINTIFF

BETTS, PATTERSON & MINES P.S.

By:  /s/ Joseph D. Hampton
  Joseph D. Hampton
  One Convention Place, Ste 1400
  701 Pike Street
  Seattle, WA  98101
  (206) 292-9988
  (206) 343-7053 (fax)
  jhampton@bpmlaw.com
ATTORNEYS FOR DEFENDANT

4845-3581-3155, v.  1