IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| HARDY CONSTRUCTION CO., a Montana Corporation,<br><br>Plaintiff,<br><br>-vs-<br><br>CONTINENTAL WESTERN INSURANCE COMPANY,<br><br>Defendant. | CV 14-139-BLG-CSO<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a) (*ECF 15*) and for good cause being shown,

**IT IS ORDERED** that the above-captioned cause is DISMISSED WITHOUT PREJUDICE, each party to pay its own costs. All deadlines are VACATED.

**DATED** this 7th day of May, 2015.

/S/ Carolyn S. Ostby
U.S. MAGISTRATE JUDGE